B1040 (FORM 1040) (12/15)

| **ADVERSARY PROCEEDING COVER SHEET**<br>(Instructions on Reverse) | **ADVERSARY PROCEEDING NUMBER**<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TPP ACQUISITION, INC. | **DEFENDANTS** MONROE CAPITAL MANAGEMENT ADVISORS LLC; MONROE CAPITAL PARTNERS FUND LP; MONROE CAPITAL CORPORATION; MONROE CAPITAL PARTNERS FUND LLC; TPP HOLDINGS, LLC; TPP OPERATING, INC. |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Please see attached list. | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☒ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☒ Other<br>☐ Trustee |
| **CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)<br>Please see attached list. ||

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
[4] 12-Recovery of money/property - §547 preference
[3] 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
[5] 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
[1] 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
[2] 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 21,000,000+ |
| Other Relief Sought ||

**B1040 (FORM 1040) (12/15)**

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||||
|---|---|---|---|
| NAME OF DEBTOR<br>IN RE: TPP ACQUISITION, INC. D/B/A THE PICTURE PEOPLE || BANKRUPTCY CASE NO.    16-33437-HDH-11 ||
| DISTRICT IN WHICH CASE IS PENDING<br>NORTHERN DISTRICT OF TEXAS || DIVISION OFFICE<br>DALLAS | NAME OF JUDGE<br>JUDGE HALE |
| RELATED ADVERSARY PROCEEDING (IF ANY) ||||
| PLAINTIFF<br>NONE | DEFENDANT || ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING || DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>/s/ Samuel A. Newman ||||
| DATE<br>December 9, 2016 ||| PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Samuel A. Newman |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

**PLAINTIFFS' ATTORNEYS:**
GIBSON, DUNN & CRUTCHER LLP
Samuel A. Newman
Olivia Adendorff
Michael S. Neumeister
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201

EMMERT & PARVIN, LLP
D. Wade Emmert
1701 N. Market Street, Suite 404
Dallas, Texas 75202

GRUBER ELROD JOHANSEN HAIL SHANK, LLP
David W. Elrod
Samuel M. Stricklin
Tricia R. DeLeon
J. Machir Stull
Hayley Ellison
1445 Ross Avenue, Suite 2500
Dallas, Texas 75202

**CAUSE OF ACTION:**
Declaratory Judgment (28 USC s 2201)

Breach of Contract

Equitable Subordination Pursuant to Bankruptcy Code s 510(c)

Recharacterization Pursuant to 11 USC s 105(a)

Avoidance of Preferences Under Bankruptcy Code s 547(b)

Avoidance of Liens Under Bankruptcy Code s 544(a)(1)

Avoidance of Payments and Other Transfers Made Within 1 Year of the Petition Date Under Bankruptcy Code s 544(b)(1) and Applicable State Law

Avoidance of All Obligations Related to Prepetition Credit Agreement as Constructively Fraudulent Transfer Under Bankruptcy Code s 544(b)(1) and Applicable State Law

Avoidance of Liens Securing 2012 Monroe Loan and Other Transfers Relating to the Prepetition Credit Agreement as Constructively Fraudulent Transfer Under Bankruptcy Code s 544(b)(1) and Applicable State Law

Avoidance of Payments on Account of 2012 Monroe Loan as Constructively Fraudulent Transfers Under Bankruptcy Code s 544(b)(1) and Applicable State Law

Avoidance of Payments and Transfers to the Monroe Lender Defendants as Constructively Fraudulent Transfers Under Bankruptcy Code s 544(b)(1) and Applicable State Law

Avoidance of Payments and Transfers to the Monroe Lender Defendants as Constructively Fraudulent Transfers Under Bankruptcy Code s 548

Recovery of Avoided Fraudulent Transfers Under Bankruptcy Code s 550 and Applicable State Law

Enforcement of Final DIP Order Unwinding the Roll-Up

Tortious Interference

Breach of Fiduciary Duty

Aiding and Abetting Breach of Fiduciary Duty

Instrumentality/Control Liability

Principal/Agent Liability
Reimbursement and Indemnification

Disallowance of Claims Under Bankruptcy Code s 502(d) and Avoidance of Liens Securing Such Claims Under s 506(d)

Disallowance of Claims Under Bankruptcy Code s 502(b)

Breach of the Implied Covenant of Good Faith and Fair Dealing