IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re: § <br> TPP ACQUISITION, INC. d/b/a The Picture § <br> People, § <br> Debtor. § <br>  § <br>  § <br> THE OFFICIAL COMMITTEE OF § <br> UNSECURED CREDITORS OF TPP § <br> ACQUISITION, INC. § <br>  § <br> Plaintiff, § <br> v. § <br>  § <br> MONROE CAPITAL MANAGEMENT § <br> ADVISORS LLC; MONROE CAPITAL § <br> PARTNERS FUND LP; MONROE § <br> CAPITAL CORPORATION; MONROE § <br> CAPITAL PARTNERS FUND LLC; TPP § <br> HOLDINGS, LLC; TPP OPERATING, INC. § <br>  § <br> Defendants. § | Case No. 16-33437-hdh-11 <br><br> Chapter 11 <br><br> Adv. Proc. No. 16-03161-hdh |

**STIPULATION**

Notice is hereby given that plaintiff and defendants are working cooperatively to prepare an agreed scheduling order for the Court's review and approval in the above captioned adversary proceeding. While working to finalize and agree on such scheduling order, at this time plaintiff and defendants have agreed that the defendants' time to respond to the complaint is extended through and including January 17, 2017.

US 4854185v.2

Dated: January 11, 2017

        Respectfully submitted,

        */s/  Rebecca L. Petereit*
        Josiah M. Daniel, III, St. Bar of Tex. #05358500
        Rebecca Lynn Petereit, St. Bar of Tex. #24062776
        **VINSON & ELKINS L.L.P.**
        3700 Trammell Crow Center
        2001 Ross Avenue
        Dallas, Texas 75201-2975
        Tel: 214-220-7700   Fax: 214-999-7718
        Email: jdaniel@velaw.com
              rpetereit@velaw.com

        - and –

        Donald E. Rothman (pro hac vice)
        Paul S. Samson (pro hac vice)
        Steven E. Fox (pro hac vice)
        **RIEMER & BRAUNSTEIN LLP**
        Times Square Tower
        Seven Times Square, Suite 2506
        New York, NY  10036
        Tel: (617) 880-3568   Fax: (617) 692-3568
        Email: drothman@riemerlaw.com
              psamson@riemerlaw.com
              sfox@riemerlaw.com

        **Counsel for Monroe Capital Management Advisors, LLC,  Monroe Capital Partners Fund LP, and Monroe Capital Partners Fund**

*/s/ David W. Elrod*
David W. Elrod
Samuel M. Stricklin
Tricia R. DeLeon
J. Machir Stull
Hayley Ellison

**GRUBER ELROD**
**JOHANSEN HAIL SHANK, LLP**
1445 Ross Avenue, Suite 2500
Dallas, TX 75202
(214) 855-6800
Fax : (214) 855-6808
Email: delrod@getrial.com
   sam.stricklin@getrial.com
   tdeleon@getrial.com
   mstull@getrial.com
   hellison@getrial.com

**Counsel for Official Committee of Unsecured Creditors**

US 4854185v.2