

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 7, 2017**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| TPP ACQUISITION, INC. d/b/a The Picture People, | § § § | |
| | § | Case No. 16-33437-hdh-11 |
| Debtor. | § | |
| _____ | § | |
| | § | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TPP ACQUISITION, INC. | § § § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| MONROE CAPITAL MANAGEMENT ADVISORS LLC; MONROE CAPITAL PARTNERS FUND LP; MONROE CAPITAL CORPORATION; MONROE CAPITAL PARTNERS FUND LLC; TPP HOLDINGS, LLC; TPP OPERATING, INC. | § § § § § § § | Adv. Proc. No. 16-03161-hdh-11 |
| Defendants. | | |

**FIRST AMENDED AGREED SCHEDULING ORDER**                                                        Page 1

**FIRST AMENDED AGREED SCHEDULING ORDER**

In accordance with Rule 16 of the Federal Rules of Civil Procedure, the parties hereby submit their proposed First Amended Agreed Scheduling Order set forth below. The Court is amenable to this Agreed Scheduling Order. Therefore, it is hereby ORDERED that the following deadlines are in effect until further order of this Court:

1. Docket Call for this trial will be held on **January 22, 2018 at 10:30 a.m**. at the US Bankruptcy Court, 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, Texas 75242. The parties anticipate a trial the week of February 5, 2018, however, the actual trial date (the "Trial Setting") will be set when the parties announce their readiness at Docket Call. Reset or continuance of the Trial Setting will not alter any deadlines established in this Order or established by the Texas Rules of Civil Procedure unless otherwise provided by order or by written agreement of the parties.

2. Any **Rule 12(b) Motion to Dismiss (or other response to the Complaint)** is due on **January 23, 2017.** Any response to a Motion to Dismiss is due on **February 16, 2017.** Any reply will be limited to no more than ten (10) pages and is due on **February 23, 2017.**

3. **Rule 26 initial disclosures** are due on **February 13, 2017.**

4. **Discovery, except for depositions of expert witnesses,** must be completed at least sixty (60) days prior to Docket Call. The parties have agreed that fact discovery is to be completed on **September 30, 2017**. Each side may take no more than ten (10) depositions as a matter of right, excluding experts and excluding "Keeper of the Records" depositions, but the parties reserve the right, for cause, more than 10 depositions.

5. The **names and addresses of experts must be exchanged** on **September 1, 2017**. Expert reports for parties seeking affirmative relief shall be exchanged on **October 1, 2017.** Rebuttal expert reports, if any, shall be exchanged on **October 22, 2017**. Expert witnesses shall be deposed by **November 19, 2017**. Motions to exclude expert testimony shall be filed and heard on a schedule to hereinafter be set by the Court.

6. A **Joint Pretrial Order** in compliance with Local District Court Rule 16.4 shall be filed, served, and uploaded for Court entry seven (7) days prior to Docket Call, and is due on **January 15, 2018**. All counsel (or a pro se party) are responsible for preparing the Joint Pretrial Order, which shall contain the following: (a) a summary of the claims and defenses of each party; (b) a statement of stipulated facts; (c) a list of the contested issues of fact; (d) a list of contested issues of law; (e) an estimate of the length of trial; (f) a list of additional matters which would aid in the disposition of the case; and (g) the signature of each attorney (or pro se party).

7. Each **exhibit** shall be marked with an exhibit label. Except for impeachment documents, all exhibits, **along with a list of witnesses to be called, shall be exchanged**

with opposing counsel (or pro se party) <u>fourteen (14) days prior to Docket Call</u>, and is due on **January 8, 2018**. Each party shall also file a list of exhibits and witnesses fourteen (14) days prior to Docket Call. All exhibits not objected to in writing by Docket Call shall be admitted into evidence at trial without further proof, except for objections to relevance. Written objections to exhibits will be taken up either at the beginning or during the course of the actual trial or at any pretrial conference.

8. **Written Proposed Findings of Fact and Conclusions of Law** shall be filed <u>seven (7) days prior to Docket Call</u>, and is due on **January 15, 2018**.

9. **Trial briefs** shall be filed addressing contested issues of law <u>seven (7) days prior to Docket Call</u>, and is due on **January 15, 2018**.

10. Unless otherwise directed by the Presiding Judge, all **dispositive motions must be heard** no later than <u>fourteen (14) days prior to Docket Call</u>, and is due on or before **January 8, 2018**.

11. Accordingly, all **dispositive motions must be filed** no later than <u>forty-five (45) days prior to Docket Call</u>, unless the Court modifies this deadline, and are due on **December 8, 2017**. Responses to dispositive motions are due on **January 1, 2018**. The hearing date for any such dispositive motion will hereinafter be set by the Court.

12. All parties and counsel must certify to full compliance with this Order at Docket Call. If a resetting is allowed by the Court, the plaintiff or plaintiff's attorney shall notify all other parties and shall file with the Clerk a certificate of service indicating the manner, date, and to whom notice was given. Docket Call is on **January 22, 2018**.

### End of Order ###

**SUBMITTED BY:**

*/s/ Paul S. Samson*
Paul S. Samson
Donald E. Rothman
Riemer & Braunstein LLP
Times Square Tower
Seven Times Square
New York, NY 10036
Telephone: (212) 789-3138
Facsimile: (212) 719-0140
Email: psamson@riemerlaw.com; drothman@riemerlaw.com,

*/s/ Rebecca L. Petereit*
Josiah M. Daniel, III
Rebecca L. Petereit
Vinson & Elkins L.L.P.
3700 Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Telephone: (214) 220 – 7700
Facsimile: (214) 999-7744
Email: jdaniel@velaw.com, rpetereit@vlaw.com


**ATTORNEYS FOR DEFENDANTS
MONROE CAPITAL MANAGEMENT
ADVISORS LLC; MONROE CAPITAL
PARTNERS FUND LP; MONROE
CAPITAL CORPORATION; MONROE
CAPITAL PARTNERS FUND LLC;
TPP HOLDINGS, LLC; TPP OPERATING, INC.**


**APPROVED BY:**


*/s/ Tricia R. DeLeon*
GRUBER ELROD JOHANSEN HAIL SHANK, LLP
David W. Elrod (TX SBN: 06591900)
delrod@getrial.com
Tricia R. DeLeon (TX SBN: 24005885)
tdeleon@getrial.com
J. Machir Stull (TX SBN: 24070697)
mstull@getrial.com
Hayley Ellison (TX SBN: 24074175)
hellison@getrial.com
1445 Ross Avenue, Suite 2500
Dallas, Texas 75202
Telephone: 214.855.6800
Facsimile: 214.855.6808

**ATTORNEYS FOR JOHN MADDEN,
TRUSTEE OF THE LIQUIDATION
TRUST FOR TPP ACQUISITION, INC.**