

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 7, 2018**

**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| TPP ACQUISITION, INC. d/b/a The Picture People, | § | |
| | § | |
| Debtor. | § | |
| _____ | § | |
| | § | |
| THE LIQUIDATING TRUSTEE FOR THE LIQUIDATION TRUST FOR TPP ACQUISITION, INC. | § | Case No. 16-33437-hdh-11 |
| | § | |
| | § | Chapter 11 |
| Plaintiff, | § | |
| v. | § | Adv. Proc. No. 16-03161-hdh |
| | § | |
| MONROE CAPITAL MANAGEMENT ADVISORS LLC; MONROE CAPITAL PARTNERS FUND LP; MONROE CAPITAL CORPORATION; MONROE CAPITAL PARTNERS FUND LLC; TPP HOLDINGS, LLC; TPP OPERATING, INC. | § | |
| | § | |
| Defendants. | § | |

### ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered the Unopposed Motion to Dismiss with Prejudice filed by Plaintiff, the Liquidating Trustee of the Liquidation Trust of TPP Acquisition, Inc. ("*Trustee*"). Based on the Unopposed Motion and the grounds asserted therein, the Court is of the opinion that the Unopposed Motion should be GRANTED.

It is, therefore, ORDERED that the above-captioned adversary proceeding and all claims asserted therein by Plaintiff *Trustee* against Defendants are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, attorney's fees, and expenses.

# # # End of Order # # #

**Ross IP Group PLLC**
Anthony J. Magee (TX SBN: 00786081)
amagee@rossipg.com
5050 Quorum Drive, Suite 700
Dallas, Texas 75254
Telephone: 972-661-9400
Telephone: 972-687-9107 (direct)
Facsimile: 972-661-9401

*Attorneys for the Liquidating Trustee of the*
*Liquidating Trust for TPP Acquisition, Inc.*